**jackson|lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/16

MY DIRECT DIAL IS: (212) 545-4073
MY EMAIL ADDRESS IS: mellkw@jacksonlewis.com

June 28, 2016

VIA ELECTRONIC FILING

Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**
p. 2

Re: Walter Noel, IV, on behalf of himself and similarly situated individuals v. Laidlaw & Company, Ltd.
Case No.: 16-CV-03975 (RMB) (DCF)

Dear Judge Berman:

This firm represents Defendant Laidlaw & Company, Ltd. ("Defendant") in connection with the above-referenced matter. We write to request an adjournment of the Initial Pretrial Conference currently scheduled for July 5, 2016 at 9:30 a.m.

This is Defendant's first request for an adjournment of the Initial Pretrial Conference. Defendant submits this request in light of Defendant's counsel's recent retention and upcoming holiday schedule, as well as Defendant's pending request for an extension of time to respond to the complaint through and including July 23, 2016. Counsel for Plaintiff Walter Noel, IV, on behalf of himself and similarly situated individuals, consents to Defendant's request. If granted, the requested adjournment should not impact any other scheduled dates reflected on the Court's docket.

Thank you for your attention to this matter. We are available at the Court's convenience should you require any additional information.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/

Wendy J. Mellk

Hon. Richard M. Berman, U.S.D.J.
June 28, 2016
Page 2

**jackson|lewis**
Attorneys at Law

cc: Walker G. Harman, Jr. (via ECF)
Edgar M. Rivera (via ECF)
Tania J. Mistretta (JL – via ECF)

---

Initial Pre-trial
conference adjourned until
7/14/16 @ 11:00

SO ORDERED:
Date: 6/30/16            Richard M. Berman
                         Richard M. Berman, U.S.D.J.