USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER NOEL IV, On Behalf of Himself and Similarly Situated Individuals,

    Plaintiffs,

-against-

LAIDLAW & COMPANY, LTD.

    Defendant.

Civ. No.: 16-CV-03975
(RMB) (DCF)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff Walter Noel, IV, on behalf of himself and similarly situated individuals ("Plaintiff") and Defendant Laidlaw & Company, Ltd. ("Defendant"), that the time for Defendant to answer move or otherwise respond to Plaintiff's Complaint be extended through and including July 23, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint and is sought in light of Defendant's counsel's recent retention in connection with this matter.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that electronic and facsimile signatures shall have the same force and effect as original signatures.

Dated: June 28, 2016
New York, New York

| | |
|---|---|
| **THE HARMAN FIRM, LLP** | **JACKSON LEWIS P.C.** |
| 220 Fifth Avenue, Suite 900 | 666 Third Avenue, 29th Floor |
| New York, New York 10001 | New York, New York 10017 |
| T: (212) 425-2600 | T: (212) 545-4000 |
| F: (212) 202-3926 | F: (212) 972-3213 |
| wharman@theharmanfirm.com | mellkw@jacksonlewis.com |
| erivera@theharmanfirm.com | tania.mistretta@jacksonlewis.com |
| | |
| By: ___/s/___ | By: ___/s/___ |
| Walker G. Harman, Jr. | Wendy J. Mellk |
| Edgar M. Rivera | Tania J. Mistretta |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Walter Noel, IV, on behalf of himself and* | *Laidlaw & Company, Ltd.* |
| *similarly situated individuals* | |

SO ORDERED:

__/s/ Richard A. Berman__    Date: __6/30/16__

- 2 -