UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER NOEL IV, On Behalf of Himself and Similarly Situated Individuals,<br><br>            Plaintiffs,<br><br>-against-<br><br>LAIDLAW & COMPANY, LTD.<br><br>            Defendant. | Civ. No.: 16-CV-03975<br>(RMB) (DCF)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, as counsel for Defendant Laidlaw & Company (UK), Ltd. (incorrectly named in the Complaint as "Laidlaw & Company, Ltd." and hereinafter referred to as "Laidlaw") states that, upon information and belief, the following entity owns 10% or more of Laidlaw:

- Laidlaw Holdings, Ltd.

Dated: July 13, 2016
   New York, New York

              Respectfully submitted,

              JACKSON LEWIS P.C.
              666 Third Avenue
              New York, New York 10017
              (212) 545-4000
              (212) 972-3213
              MellkW@jacksonlewis.com
              Tania.Mistretta@jacksonlewis.com

                /S/
By: _____
              Wendy J. Mellk (WM-1515)
              Tania J. Mistretta (TM-4023)

              *Attorneys for Defendant*
               *Laidlaw & Company (UK), Ltd.*